*James M. Ralls*, assistant state's attorney, in opposition.

Decided January 9, 2003

## IN RE VINCENT B.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Renee Bevacqua Bollier*, assistant attorney general, in support of the petition.

*Albert J. Oneto III* and *Thomas F. Mitola*, in opposition.

Decided January 9, 2003

## ROBIN MAGOWAN *v.* CAROL MAGOWAN

*Julia B. Morris*, in support of the petition.

Decided January 9, 2003

## IN RE SALVATORE P. ET AL.

ZARELLA, J., did not participate in the consideration or decision of this petition.